UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NOEL CASTRO

      Plaintiff,

v.                                      Case No.:   2:25-cv-1032-SPC-NPM

LEE COUNTY JAIL,

      Defendant.
_____/

**OPINION AND ORDER**

Before the Court is Plaintiff Noel Castro's Complaint (Doc. 1). Castro is a pretrial detainee in Lee County Jail and a defendant in a pending state criminal case, and he sues Lee County under 42 U.S.C. § 1983. Castro is proceeding *in forma pauperis*, so the Court must review the Complaint *sua sponte* to determine whether it is frivolous or malicious, fails to state a claim, or seeks monetary damages against a party who is immune from such relief. *See* 28 U.S.C. 1915(e)(2).

Castro is awaiting trial for lewd or lascivious molestation.[1] He claims an affidavit signed by the alleged victim proves his innocence, and he accuses Lee County of negligently ignoring the case, which has disrupted his life. The state court docket shows that a pretrial conference is set for December 3, 2025.

---

[1] The Court takes judicial notice of the online docket for Lee County Circuit Court Case No. 24-CF-521.

This is not the proper venue for Castro to challenge his ongoing criminal case. Federal courts are not intended as a "pre-trial motion forum for state prisoners." *Braden v. 30th Judicial Circuit Court of Ky.*, 410 U.S. 484, 493 (1973). Further, principles of equity, comity, and federalism require the Court to abstain from interfering in state criminal proceedings. *See Younger v. Harris*, 401 U.S. 37, 45 (1971). Castro provides no reason for this Court to overlook the abstention principle. Nor does he allege any facts that warrant application of any exception to the *Younger* doctrine.

Castro will have an opportunity to contest his guilt in the upcoming trial. If he is convicted, he may collaterally attack any resulting incarceration by filing a petition for a writ of habeas corpus after exhausting his claims in state court. But he may not preemptively litigate his guilt or challenge the state's prosecution of his case in a § 1983 claim. The Court will dismiss this action, and because amendment would be futile, close this case.

Accordingly, it is now

**ORDERED:**

Plaintiff Noel Castro's Complaint (Doc. 1) is **DISMISSED**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE** and **ORDERED** in Fort Myers, Florida on November 14, 2025.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record

3